# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan Robert Denotter aka Jon Denotter aka Jonathan R. Denotter<br><br>　　　　　　　　Debtor(s)<br><br>RoundPoint Mortgage Servicing Corporation, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Jonathan Robert Denotter aka Jon Denotter aka Jonathan R. Denotter<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-16741 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of RoundPoint Mortgage Servicing Corporation, which was filed with the Court on or about **January 10, 2020, docket number 17**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　Attorney for Movant/Applicant

January 23, 2020