Case 19-16741-mdc    Doc 34    Filed 04/10/20    Entered 04/10/20 08:03:52    Desc Main
Document      Page 1 of 1

# NOTICE

**The 341 meeting will be conducted telephonically, via one of the following conference lines: 877-462-5504, with passcode 4150081; 877-921-7817, with passcode 2431902; 877-513-1615, with passcode 9738268; and 866-820-7072, with passcode 6767567. Not all lines may be used on all days. Specific case information can be found at http://www.ph13trustee.com.**