# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Jonathan Robert Denotter      :    NO. 19-16741
          Debtor                         :    Chapter 13

## CERTIFICATE OF SERVICE

I, Everett Cook, attorney for the above named Debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Second Amended Plan upon the creditors and/or parties in interest on the attached Label Matrix for local noticing and the following:

**William C. Miller, Esq.**
**Chapter 13 Turstee**
**P O Box 1229**
**Philadelphia PA 19105**

Commonwealth of PA Dept
Of Rev Bureau of Compliance
Dept 280946
Harrisburg, PA 18128-0946

Amerassist
PO Box 26095
Columbus, OH 43226-0095

American Express National Bank
C/O Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
PO Box 981537
El Paso, TX 79998-1537

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank, NA
5800 S. Corporate PL
Sioux Falls, SD 57108-5027

Coml Accept
2 W Main Street
Shiremanstown, PA 17011-6326

Comm of PA Dept of Rev
Christopher R. Momjian
Office of Atty. General
The Phoenix Bldg., STE 300
1600 Arch Street
Philadelphia, PA 19103-2016

Cunningham Chernicoff & Warshawsky, PC
2320 N 2nd Street
Harrisburg, PA 17110-1008

Ford Motor Credit Comp
PO Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company
PO Box 62180
Colorado Springs, CO 80962-2180

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

Members 1st FCU
5000 Louise Drive
Mechanicsburg, PA 17055-4899

Pennsylvania Dept of Rev
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

| | | |
|---|---|---|
| Quantum3 Group LLC<br>As agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Round Point Mortgage<br>Servicing Corporation<br>446 Wrenplace Road<br>Fort Mill, SC 29715 | RoundPoint Mortgage<br>Servicing Corporation<br>C/O KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| RoundPoint Mortgage<br>Servicing Corporation<br>PO Box 19409<br>Charlotte, NC 28219-9409 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | |

By: /s/ Everett Cook, Esquire
Attorney ID # 202039
2309 MacArthur Rd.
Whitehall PA 18052
610 351 3566
610 351 3556 fax

Date: 4-21-2020