**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **Jonathan Robert Denotter** | : | **NO. 19-16741mdc** |
| **Debtor** | : | **Chapter 13** |

## NOTICE

To the Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor, has filed an Application with the Court requesting approval of his fees in the total amount of FIVE THOUSAND, FOUR HUNDRED NINETY-FIVE AND 00/100 DOLLARS ($5,495.00) and expenses in the amount of THREE HUNDRED AND FORTY-EIGHT .75/100 DOLLARS ($348.75).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before September 16, 2020 with the Clerk, U.S. Bankruptcy Court, 4th floor, The Gateway Building, 201 Penn Street, Reading, Pennsylvania 19601, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before September 16, 2020, Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated: 8/26/2020                    Signed: /s/ Everett Cook
                                    By: Everett Cook, Esq.
                                    The Law Offices of Everett Cook, P.C.
                                    2309 MacArthur Road
                                    Whitehall, PA, 18052
                                    Bar I.D. #202039
                                    Phone: (610) 351-3566
                                    Fax:   (610) 351-3556