UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jonathan Robert Denotter : | NO. 19-16741mdc |
| | Debtor : | Chapter 13 |

## CERTIFICATE OF SERVICE OF NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Notice of Application, Application and proposed Order upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

Office of William C. Miller, Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Dated: 8/26/2020         Signed: /s/ Everett Cook
                By: Everett Cook, Esq.
                **The Law Offices of Everett Cook, P.C.**
                2309 MacArthur Road
                Whitehall, PA, 18052
                Phone: (610) 351-3566
                Fax:   (610) 351-3556