**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Jonathan Robert Denotter** | **:** | **NO. 19-16741mdc** |
| | **Debtor** | **:** | **Chapter 13** |

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have not received nor am I aware of any response to the Notice of Application, Application and proposed Order from any party whatsoever.

Dated: 9/22/2020

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
**The Law Offices of Everett Cook, P.C.**
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351-3566
Fax:    (610) 351-3556