United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16741-mdc

Jonathan Robert Denotter  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv      Page 1 of 2
Date Rcvd: Oct 06, 2020      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan Robert Denotter, 814 Edna Jane Ln, West Grove, PA 19390-1368 |
| cr | + | The Exterior Company, Inc., c/o Russell, Krafft, & Gruber, LLP, Attn: Brandon S. Harter, Esquire, 930 Red Rose Court, Suite 300 Lancaster, PA 17601-1981 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2020 02:02:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name      Email Address**

AARON S. MARINES
    on behalf of Creditor The Exterior Company  Inc. asm@rkglaw.com, dls@rkglaw.com;dpp@rkglaw.com

CHRISTOPHER R. MOMJIAN
    on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

JOHN EVERETT COOK

District/off: 0313-2                                    User: dlv                                                Page 2 of 2
Date Rcvd: Oct 06, 2020                            Form ID: pdf900                                   Total Noticed: 3

|  |  |
|---|---|
|  | on behalf of Debtor Jonathan Robert Denotter bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jonathan Robert Denotter : | NO. 19-16741mdc |
| | Debtor : | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Application for Allowance of Compensation ("the Application") field by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $5,843.75.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,000. which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

October 5, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge