# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16741-MDC

JONATHAN ROBERT DENOTTER

814 EDNA JANE LN

WEST GROVE, PA 19390-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JONATHAN ROBERT DENOTTER

814 EDNA JANE LN

WEST GROVE, PA 19390-

Counsel for debtor(s), by electronic notice only.

JOHN EVERETT COOK
1605 N. CEDAR CREST BLVD
SUITE 520
ALLENTOWN,, PA 18194-

Date: 12/1/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee