UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      JONATHAN ROBERT DENOTTER      :      Chapter 13
                                                :
            Debtor                              :

---

PRAECIPE FOR WITHDRAW NOTICE OF MOTION
FILED ON JANUARY 10, 2022, DOCKET ENTRY 71

TO THE CLERK OF COURTS:

Please withdraw the Notice of Motion to Modify Plan, filed on January 10, 2022, Docket Entry 71, in the above-captioned matter.

Respectfully submitted,

Date: 1/11/2022

By: _____
Everett Cook, Esquire
I.D. No. 202039

LAW OFFICES OF EVERETT COOK, P.C.
1605 N. Cedar Crest Blvd.
Allentown, PA 18104

Phone:  610-351-3566
Fax:    610-351-3556
general@everettcooklaw.com