# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JONATHAN ROBERT DENOTTER | : | Chapter 13 |
| | | : | |
| | Debtor | : | No: 19-16741 |

**Hearing to be held:**
Date: Thursday, February 10, 2022
Time: 11:00 AM
Place: U.S. Bankruptcy Court
900 Market Street, Suite 400
Courtroom #2
Philadelphia, PA  19102

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Everett Cook, Esquire, counsel for Debtors/Movants, has filed a MOTION TO MODIFY PLAN POST CONFIRMATION.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before February 1, 2022 (21 days) you or your attorney must do ALL of the following:

    (a) file an answer explaining your position at:

    U. S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA  19102


If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    (b) mail a copy to the Movants' attorney:

>Everett Cook, Esq.
>1605 N. Cedar Crest Blvd, Suite 520
>Allentown, PA  18104
>610-351-3566

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held in the United States Bankruptcy Court, on **THURSDAY, FEBRUARY 10, 2022 at 11:00 A.M.** in United States Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #2, Philadelphia, PA  19102.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: 1/11/2022