United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16741-mdc

Jonathan Robert Denotter     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Feb 11, 2022     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan Robert Denotter, 814 Edna Jane Ln, West Grove, PA 19390-1368 |
| 14412432 | + | Coml Accept, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14447638 | + | Commonwealth of PA Dept. of Revenue, Christopher R. Momjian, Office of Attorney General, The Phoenix Building, Suite 300, 1600 Arch Street Philadelphia, PA 19103-2016 |
| 14412433 | | Cunningham Chernicoff & Warshawsky, P.C., 2320 N 2nd St, Harrisburg, PA 17110-1008 |
| 14446989 | | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 Charlotte, NC 28219- |
| 14417199 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14412438 | | Roundpoint Mtg, PO Box 19409, Charlotte, NC 28219-9409 |
| 14503628 | + | The Exterior Co., Inc., c/o Aaron S. Marines, Esq, 930 Red Rose Court, Suite 300, Lancaster, PA 17601-1981 |
| 14504143 | #+ | The Exterior Company, Inc., c/o Russell, Krafft, & Gruber, LLP, Attn: Brandon S. Harter, Esquire, 930 Red Rose Court, Suite 300, Lancaster, PA 17601-1981 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2022 23:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 11 2022 23:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:15:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14412429 | | Email/Text: bankruptcies@amerassist.com | Feb 11 2022 23:15:00 | Amerassist, PO Box 26095, Columbus, OH 43226-0095 |
| 14442284 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412430 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:37 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14412431 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:46 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14448295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:29:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14413846 | | Email/Text: EBNBKNOT@ford.com | Feb 11 2022 23:15:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14412434 | | Email/Text: EBNBKNOT@ford.com | Feb 11 2022 23:15:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 14412435 | | Email/Text: Bankruptcy@ICSystem.com | Feb 11 2022 23:15:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14491826 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 25 |

|  |  |  | Feb 11 2022 23:15:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
|---|---|---|---|---|
| 14412436 |  | Email/Text: unger@members1st.org | Feb 11 2022 23:15:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14412437 |  | Email/Text: unger@members1st.org | Feb 11 2022 23:15:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14437860 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14444151 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 11 2022 23:15:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | The Exterior Company, Inc., c/o Russell, Krafft, & Gruber, LLP, Attn: Brandon S. Harter, Esquire, 930 Red Rose Court, Suite 300, Lancaster, PA 17601-1981 |
| 14442285 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AARON S. MARINES | on behalf of Creditor The Exterior Company  Inc. asm@rkglaw.com, dls@rkglaw.com;dpp@rkglaw.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN EVERETT COOK | on behalf of Debtor Jonathan Robert Denotter bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee |  |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    Chapter 13
JONATHAN ROBERT DENOTTER

                    Debtor                                    Bankruptcy No. 19-17641-mdc

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 10, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
PRO-SE
*
*


Debtor:
JONATHAN ROBERT DENOTTER
814 Edna Jane Lane
West Grove, PA 19390-1368